IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **JOHN SULLIVAN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **TRULIEVE, INC.,** | ) ) |
| **Defendant.** | ) ) |

CASE NO:

3:24-cv-00097-MMH-PDB

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff John Sullivan and Defendant Trulieve, Inc., pursuant to Fed. R. Civ. P. 26(c), hereby move for entry of the attached Stipulated Protective Order. The parties have stipulated to the protective order to protect information they deem confidential. Plaintiff and Defendant believe entry of the protective order will expedite discovery and facilitate prompt resolution of disputes over confidentiality and provide adequate protection of the confidential information of each party.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter the attached Stipulated Protective Order as proposed.

Dated this 18th day of June, 2024.

| | |
|---|---|
| s/ Brandon J. Hill | s/ Janell M. Ahnert |
| Brandon J. Hill (FL Bar 37061) | Janell M. Ahnert (FL Bar 0123161) |
| Hannah E. DeBella (FL Bar 1026002) | **LITTLER MENDELSON, P.C.** |
| **WENZEL FENTON CABASSA P.A.** | 420 20th Street North, Suite 2300 |
| 1110 N. Florida Avenue, Suite 300 | Birmingham, AL 35203 |
| Tampa, FL 33602 | jahnert@littler.com |
| bhill@wfclaw.com | |
| hdebella@wfclaw.com | Lead Counsel for Defendant Trulieve, Inc. |

Attorneys for Plaintiff